Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657
E-mail:  gwatts@hwb-law.com

Attorneys for Use-Plaintiff Spenard Builders Supply, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of SPENARD BUILDERS SUPPLY, INC.,<br><br>          Use-Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY and its Payment Bond No. TC6016,<br><br>          Defendant. | Case No. 3:05-cv-00287-RRB<br><br><br><br><br>**AFFIDAVIT REGARDING PROOF OF SERVICE**<br>[Fed. R. Civ. P. 4(l)] |

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

   IDA MAE D. WESTFALL, being first duly sworn upon oath, deposes and states as follows:

1.  I am employed as a legal secretary with the law offices of Holmes Weddle & Barcott (A Professional Corporation). Holmes Weddle & Barcott is counsel of record for Use-Plaintiff in this action.

2.  I make this Affidavit pursuant to the requirements of Fed. R. Civ. P. 4(l).

3.  Service of the Summons and Complaint upon Defendant St. Paul Fire and Marine Insurance Company and its Payment Bond No. TC6016 was made according to the provisions of AS 21.09.190. As attested by the accompanying Certificate of Service from the State of Alaska's Division of Insurance (Exhibit 1), service of process was received by the Division of Insurance and forwarded to Defendant St. Paul Fire and Marine Insurance Company on February 21, 2006. Service of process was therefore effected upon Defendant St. Paul Fire and Marine Insurance Company on February 21, 2006, as provided by AS 21.09.190(b).

DATED this 27 day of February, 2006, at Anchorage, Alaska.

_____
Ida Mae D. Westfall

SUBSCRIBED AND SWORN TO before me this 27th day of February, 2006.

OFFICIAL SEAL
STATE OF ALASKA
TINA M. HARDWICK
NOTARY PUBLIC

_____
Notary Public in and for Alaska
My Commission Expires: 9/8/07

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666