STATE OF ALASKA
DEPARTMENT OF COMMERCE, COMMUNITY AND ECONOMIC DEVELOPMENT
DIVISION OF INSURANCE
JUNEAU, ALASKA

CERTIFICATE OF SERVICE

I, Linda S. Hall, Director of Insurance, certify that I have been served with the attached document(s): SUMMONS IN A CIVIL CASE, COMPLAINT (MILLER ACT PAYMENT BOND) IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA, AT ANCHORAGE,

UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SPENARD BUILDERS SUPPLY, INC.,

VS

ST PAUL FIRE AND MARINE INSURANCE COMPANY AND ITS PAYMENT BOND NO. TC6016,

CASE NO. A05-287 CV (RRB)

and that I have accepted, on your behalf, the above service, as received through the U.S. Mail in Juneau, Alaska, on the 21ST DAY OF FEBRUARY, 2006.

In accordance with the provisions of AS 08.18.081, one copy of the document together with my certification is forwarded to you:

ST PAUL FIRE AND MARINE INSURANCE COMPANY,

at your address on file in this office, via certified mail, return receipt requested.

Do not file your answer or response with this office. Direct your questions or response to the court, attorney, or party whose name and address appear on the document served.

Linda S. Hall
Director

Service of Process Section
Division of Insurance
P.O. Box 110805
Juneau, AK 99811-0805
Ariel Yadao
Phone (907) 465-2515



IN TESTIMONY WHEREOF
I have hereunto set my
hand and affixed my
official seal, at
Juneau, Alaska this 22ND DAY
OF FEBRUARY, 2006.

EXHIBIT _____
PAGE ___ OF ___