Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendant,
St. Paul Fire and Marine Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of SPENARD BUILDERS SUPPLY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY and its Payment Bond No. TC6016,<br><br>Defendant. | 3:05-cv-00287 RRB |

## DEMAND FOR JURY TRIAL

COMES NOW Defendant ST. PAUL FIRE AND MARINE INSURANCE

COMPANY, by and through its attorneys, HUGHES BAUMAN PFIFFNER GORSKI &

SEEDORF, LLC, and hereby demands a jury trial of all issues so triable.

Demand for Jury Trial
*Spenard Builders Supply, Inc. v. St. Paul Fire and Marine Insurance Company*
Case No. 3:05-cv-00287 RRB
(1187-3025/244458)                              Page 1 of 2

DATED at Anchorage, Alaska, this 20th day of March, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Defendant,
St. Paul Fire and Marine Insurance
Company


By: s/Frank A. Pfiffner
Frank A. Pfiffner
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone:  (907) 274-7522
Facsimile:  (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032


Certificate of Service

I hereby certify that on March 20, 2006, a copy of the Demand for Jury Trial was served via electronically on:

Grant E. Watts
Holmes Weddle & Barcott, PC
701 West 8th Avenue
Suite 700
Anchorage, AK  99501

s/Frank A. Pfiffner