Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone:  (907) 274-7522
Facsimile:  (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendant
St. Paul Fire and Marine Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of SPENARD BUILDERS SUPPLY, INC.<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY and its Payment Bond No. TC6016,<br><br>　　　　　　Defendant. | 3:05-cv-00287 TMB |

**PROPOSED ORDER GRANTING MOTION TO**
**STAY LITIGATION PENDING ARBITRATION**

Having considered the motion of defendant St. Paul Fire and Marine Insurance

Company, any opposition thereto, and being otherwise fully advised in the premises,

*Spenard Builders Supply, Inc. v. St. Paul Fire and Marine Insurance Company*
Case No.: 3:05-cv-00287 TMB
Proposed Order Granting Motion to Stay Litigation Pending Arbitration
(1187-3025/245267)

IT IS HEREBY ORDERED that the motion is GRANTED.  This case is stayed pending further order of the Court.

DATED at Anchorage, Alaska, this ___ day of _____, 2006.

                                                                    _____
                                                                    Timothy M. Burgess
                                                                    Judge of the U.S. District Court

*Spenard Builders Supply, Inc. v. St. Paul Fire and Marine Insurance Company*
Case No.: 3:05-cv-00287 TMB
Proposed Order Granting Motion to Stay Litigation Pending Arbitration
(1187-3025/245267)

Page 2 of 3

Certificate of Service

I hereby certify that on April 7, 2006, a copy of the Proposed Order Granting Motion to Stay Litigation Pending Arbitration was served electronically on:

Grant E. Watts
Holmes Weddle & Barcott, PC
701 West 8th Avenue
Suite 700
Anchorage, AK  99501

s/Frank A. Pfiffner

*Spenard Builders Supply, Inc. v. St. Paul Fire and Marine Insurance Company*
Case No.: 3:05-cv-00287 TMB
Proposed Order Granting Motion to Stay Litigation Pending Arbitration
(1187-3025/245267)