

# Hughes Bauman Pfiffner
## Gorski & Seedorf, LLC
### ATTORNEYS AT LAW

Est. 1939

Direct Dial:
**(907) 263-8241**
E-mail: **FAP@hbplaw.net**

April 4, 2006

Grant E. Watts
Holmes Weddle & Barcott
701 West 8th Avenue
Suite 700
Anchorage, AK  99501-3408

RE: *Spenard Builders Supply, Inc. v. Strand Hunt Construction, Inc.*
*Joint Security Complex, Eielson AFB, AK*
*United States Army Corps Contract No. W911KB-04-3-0008*
Our File No. 1187-3024

Dear Grant:

As counsel for Strand Hunt Construction, Inc. ("SHC"), I wish to advise you that pursuant to paragraph 17 of the Subcontract between SHC and Titan Manufacturing ("Titan")/Spenard Builders Supply, Inc. ("SBS"), SHC demands arbitration against Titan/SBS for the sum of $44,108.13 inclusive of the amount of $41,939.13 that SHC has withheld from Titan/SBS because of the claimed defective performance by Titan/SBS on the above referenced Project and the amount of $2,169.00 that SBS has asserted as claims for extra compensation plus costs, expenses, and attorneys' fees. The Demand for Arbitration is set forth in a formal demand which is attached hereto.

Under paragraph 17, the parties can mutually agree upon an arbitrator for a non-administered arbitration or the arbitration can be conducted with the assistance of a recognized professional arbitration service. SHC proposes a non-administered arbitration with the following arbitrators being acceptable to SHC in the order of preference:

- Michael E. Kreger
- Mark Bledsoe
- Peter Ginder
- Douglas Serdahley

Grant E. Watts
April 4, 2006
Page 2

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW

- Mark Rowland

Please advise me relative to your client's willingness to use any or all of the above referenced individuals as an arbitrator in a non-administered arbitration. If your clients are not agreeable with such a procedure, SHC will file the demand for arbitration with the American Arbitration Association. Presumably your clients will not object to the American Arbitration Association as a "recognized professional arbitration service."

If you have any questions, do not hesitate to contact me.

Very truly yours,
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC

By *(signature)* Frank A. Pfiffner

FAP:cah/244575

cc:   Rollie Hunt

Ex. B, pg. 2 of 11

| |
|---|
| STRAND HUNT CONSTRUCTION, INC. |
| Claimant, |
| vs. |
| TITAN MANUFACTURING and SPENARD BUILDERS SUPPLY, INC. |
| Respondents. |

## DEMAND FOR ARBITRATION

Strand Hunt Construction, Inc. ("SHC"), by and through counsel, hereby gives written notice to Titan Manufacturing ("Titan") and Spenard Builders Supply, Inc. ("SBS") of SHC's intent, pursuant to the arbitration clause in the Material Contract dated July 20, 2004, between SHC and Titan/SBS ("the Subcontract"), to arbitrate the dispute described below.

1. SHC is the general contractor for the Design/Build Joint Security Complex at Eielson AFB, Alaska, Project No. 2911KB-04-C-0008 ("the Project").

2. The United States Government is the Owner of the Project.

3. Pursuant to the Subcontract, Titan and SBS agreed to and did provide all light gauge trusses for the Mansard roof for the Project.

4. The Subcontract required that the trusses would be provided FOB jobsite "PER YOUR QUOTE". The quote required Titan and SBS to provide truss clips and all and any trusses needed to do the job including built in soffits on truss tails. SHC never modified the Subcontract on any issue relevant to this arbitration demand.

5. In breach of the Subcontract, Titan and SBS supplied defective trusses to the Project without built in soffits on the truss tails.

6. SHC had to field fabricate the soffits on the truss tails during the dead of winter at considerable expense.

7. The Subcontract also required Titan and SBS to provide all fill in pieces to make the Mansard roof and all clips and fasteners to tie the whole system together.

8. In breach of the Subcontract, Titan and SBS did no supply fill in pieces and did not provide the clips and fasteners to tie the whole system together.

9. SHC had to supply fill in pieces and clips and fasteners at considerable expense.

10. The total extra costs to SHC as a result of the defective performance and breach of contract by Titan and SBS are $41,939.13 as detailed in Exhibit A attached hereto.

11. SHC withheld properly the sum of $41,939.13 from Titan and SBS for the breach of the Subcontract and the defective performance by Titan and SBS.

12. Titan and SBS have asserted a claim against SHC in the amount of $1,200.00 for alleged truss design costs due to camber in the trusses. SHC does not believe that the claim is valid because the alleged extra work is within the scope of Titan and SBS's contractually required work.

13. Titan and SBS have asserted a claim against SHC in the amount of $969 for alleged additional track and studs required for the Mansard roof light gage framing. SHC does not believe that the claim is valid because the alleged extra work is within the scope of Titan and SBS's contractually required work.

14. Pursuant to the Subcontract, the prevailing party is entitled to recover reasonable attorneys' fees, costs and expenses related to this dispute.

WHEREFORE, SHC prays that the arbitrator rule that it properly withheld the sum of $41,939.13 from Titan and SBS; that the claims of Titan and SBS for extra compensation are without merit; and that it is entitled to its reasonable attorneys' fees, costs, and expenses related to this dispute in an amount to be determined at the hearing of this dispute.

DATED at Anchorage, Alaska, this 4th day of April, 2006.

          HUGHES BAUMAN PFIFFNER
          GORSKI & SEEDORF, LLC
          Attorneys for Claimant
          Strand Hunt Construction, Inc.

          By: *Frank A. Pfiffner* (signature)
          Frank A. Pfiffner
          3900 C Street, Suite 1001
          Anchorage, Alaska 99503
          Telephone: (907) 274-7522
          Facsimile: (907) 263-8320
          FAP@hbplaw.net
          ABA No. 7505032

### Certificate of Service

I hereby certify that on April 4, 2006, a copy of the Demand for Arbitration was served by hand-delivery on:

Grant E. Watts
Holmes Weddle & Barcott, PC
701 West 8th Avenue
Suite 700
Anchorage, AK 99501

Cheryl Hannon (signature)
Cheryl Hannon

## COST SUMMARY

Spendard Builders Supply Costs
Codes: 050-05351 & 050-5350

| | |
|---|---:|
| Clips and Fasteners | $3,597.75 |
| Tools and Consumables (See Exhibit A.2) | 584.76 |
| Strand Hunt Furnished Items | |
|     Lifts and Scaffolds | |
|         30' Snorkel – 9 weeks @ 600.00/week (See Exhibit F) | 5,400.00 |
| Strand Hunt Labor – Soffits (See Exhibit F & H) | |
|     Actual through 2/12/05 | 23,372.00 |
|     Labor for west side after 2/12/05 | 2,000.00 |
|     Small tools @ 3% of labor | 761.16 |
|     Subtotal | $35,715.67 |
|     Overhead @ 6.75% | 2,410.81 |
|     Subtotal | $38,126.48 |
|     Fee @ 10% | 3,812.65 |
|     Total | $41,939.13 |

*CLIPS & FASTENERS =*

A) <u>CLIPS AND FASTENERS / TRUSS FILL-IN</u>

1) Denali Industries

- P. O. 102909
  Screws for metal stud trusses — $1,108.20

- P. O. 103141
  #10 X ¾ self tapping hex screws — $779.50

- P. O. 103019
  Neogen light and wedge anchors — $51.56

- P.O. 103035
  Zinc paint — $232.80

- P.O. 103124
  Wedge anchors — $63.30

- P.O. 102971
  Wedge anchors — $211.00

- P.O. 103182
  Concrete pins / steel pins — $1,302.00

- P.O. 103226
  Self drilling screws — $14.58

- P.O. 103259
  Wedge anchors — $67.61

2) Alaska Steel

- P.O. 103139
  Hat channel — $384.30
  2" metal strapping — $220.00

- P.O. 103160
  Hat channel — $756.00

- P.O. 102936
  6" – 18 ga. flat stock strapping — $1,500.00
  20 ga. studs for trusses — $1,536.00

- P. O. 103114
  1.5" X 20 ga. hat channel          $1,575.00

- P.O. 103129
  3" – 20 ga. flat stock strapping   $495.00

- P.O. 103237
  2" – 20 ga. flat stock strapping   $264.00

- P.O. 103238
  2", 3" & 6" – 20 ga. flat stock strapping   $1,180.00

- P.O. 102921
  2" & 6" flat stock                 $735.00
  6" flat stock                      $600.00

- P.O. 103176
  2 ½" X 14' studs and track for soffits   $1,470.00

3) Uresco Construction Materials

- P.O. 103113
  1 5/8 X 20 ga. steel studs         $367.68

- P.O. 103174
  2 ½ steel studs and track          $703.20

4) Sun Air Sheet Metal

- P.O. 103169
  Angle metal and 90° angles         $2,440.00

TOTAL                                $18,056.73

*CLIPS & FASTENERS TOTAL = $3597.75* (handwritten)

B)  TOOLS AND CONSUMABLES

    1) Denali Industries

- P. O. 103026  $262.30
  Chip saw blades / quick saw blades

- P. O. 103121
  Bit holders, nut drivers, Philip bits, red oxide primer  $138.46

- P. O. Box 103259
  7 ¼" metal blades  $184.00

    TOTAL  $584.76

# STRAND HUNT CONSTRUCTION INC
## Job Cost History Report From Inception To 12/01/05
### Includes Posted Transactions Only

| Report Sel's: | | Job Status: | |
|---|---|---|---|
| Job: | 04007 | Phase Status: | A |
| Phase: | 07007215 | Division: | ALL |
| Cost.Type: | ALL | Pre-Time Card Batch: | ALL |
| Tran. Type: | ALL | Customer: | Not Applicable |
| Vendor: | ALL | Draw Appl. #: | ALL |
| Employee: | ALL | | ALL |
| Inv. Item: | ALL | | |

UnPosted? 

**Job: 04007**

**Phase: 070-07215 SOFFITS @ EXTERIOR WALLS Cost Type: L LABOR**

| Date | Tran Type | Reference | Description | Additional Information | Hours | Quantity | Unit of Measure | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/30/04 | PR | 3200 | GABRIAL H. FETTERS | Check# 62988 | 3.00 | | | 167.69 |
| ?/?/04 | PR | 12450 | WILLIAM F. STENBERG | Check# 63001 | 20.00 | | | 1,339.04 |
| 10/6/04 | PR | 12450 | WILLIAM F. STENBERG | Check# 63056 | 40.00 | | | 2,235.91 |
| 11/13/04 | PR | 12450 | JAMES EDWARD STEWARD | Check# 63057 | 26.00 | | | 1,453.34 |
| 11/20/04 | PR | 12450 | WILLIAM F. STENBERG | Check# 63110 | 8.00 | | | 447.18 |
| 11/20/04 | PR | 12450 | JAMES EDWARD STEWARD | Check# 63169 | 58.00 | | | 3,573.71 |
| 11/27/04 | PR | 12450 | JAMES EDWARD STEWARD | Check# 63170 | 57.50 | | | 3,536.55 |
| 11/27/04 | PR | 12450 | JAMES EDWARD STEWARD | Check# 63230 | 28.00 | | | 1,565.14 |
| 12/4/04 | PR | 12450 | WILLIAM F. STENBERG | Check# 63231 | 28.00 | | | 1,565.14 |
| 12/4/04 | PR | 12500 | JAMES EDWARD STEWARD | Check# 63289 | 35.00 | | | 1,956.43 |
| 12/4/04 | PR | 13653 | CHARLES E WALMSLEY JR | Check# 63290 | 40.00 | | | 2,235.92 |
| 12/11/04 | PR | 12450 | WILLIAM F. STENBERG | Check# 11187 | 10.00 | | | 561.64 |
| 12/11/04 | PR | 12500 | JAMES EDWARD STEWARD | Check# 11191 | 8.00 | | | 447.18 |
| 12/18/04 | PR | 12500 | JAMES EDWARD STEWARD | Check# 63351 | 20.00 | | | 1,117.97 |
| 1/22/05 | PR | 12500 | JAMES EDWARD STEWARD | Check# 63439 | 10.00 | | | 558.98 |
| | PR | 12500 | JAMES EDWARD STEWARD | Check# 63735 | 11.00 | | | 611.40 |

Subtotal for Phase: 070-07215 SOFFITS @ EXTERIOR WALLS Cost Type: L LABOR    402.50   0.00    23,373.22

Total for Job: 04007 JOINT SECURITY COMPLEX    402.50   0.00    23,373.22

**Job 04007 Recap**

| | LABOR | Total |
|---|---|---|
| ?'s unt | 402.50 | 402.50 |
| | 23,373.22 | 23,373.22 |
| 070-07215 SOFFITS @ EXTERIOR WALLS | 402.50 | 402.50 |
| | 23,373.22 | 23,373.22 |
| Total | 402.50 | 402.50 |
| | 23,373.22 | 23,373.22 |