Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657
E-mail: gwatts@hwb-law.com

Attorneys for Use-Plaintiff Spenard Builders Supply, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| UNITED STATES OF AMERICA for the use and benefit of SPENARD BUILDERS SUPPLY, INC., | |
|---|---|
| Use-Plaintiff, | Case No. 3:05-cv-00287-RRB |
| vs. | |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY and its Payment Bond No. TC6016, | **STIPULATION FOR EXTENSION OF TIME** |
| Defendant. | |

COME NOW counsel for Use-Plaintiff and Defendant, by and through their respective counsel of record, and hereby stipulate and agree that Use-Plaintiff may have a three (3) day extension of time in which to file its response to Defendant's Motion To Stay Litigation Pending Arbitration dated April 7, 2006 (Docket 10). Use-Plaintiff's response shall now be due on April 27, 2006.

Mr. Pfiffner is presently out of town. Consent to this Stipulation For Extension of Time was given by attorney Frederick J. Odsen, ABA No. 7906043, of the law firm of Hughes Bauman Pfiffner Gorski & Seedorf, LLC.

DATED this 24th day of April, 2006, at Anchorage, Alaska.

> HOLMES WEDDLE & BARCOTT, P.C.
> Attorneys for Use-Plaintiff
> Spenard Builders Source, Inc.
>
> By:    s/Grant E. Watts
> 701 W. Eighth Avenue, Suite 700
> Anchorage, Alaska 99501-3408
> Phone: (907) 274-0666
> Fax: (907) 277-4657
> Email: gwatts@hwb-law.com
> Alaska Bar No. 8609090
>
> HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC
> Attorneys for Defendants
>
> By:    s/Frank A. Pfiffner (consent)
> 3900 C Street, Suite 1001
> Anchorage, Alaska 99503
> Phone: (907) 274-7522
> Fax: (907) 263-8320
> Email: fap@hbplaw.net
> Alaska Bar No. 7505032

**CERTIFICATE OF SERVICE**
I hereby certify that on April 24, 2006 a copy of the foregoing was served electronically on:

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorge, AK  99503
Email: fap@hbplaw.net

s/Grant E. Watts