Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657
E-mail:  gwatts@hwb-law.com

Attorneys for Use-Plaintiff Spenard Builders Supply, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of SPENARD BUILDERS SUPPLY, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> ST. PAUL FIRE AND MARINE INSURANCE COMPANY and its Payment Bond No. TC6016, <br><br> Defendant. | Case No. 3:05-cv-00287-RRB <br><br> **PROPOSED ORDER GRANTING STIPULATION FOR EXTENSION OF TIME** |

This matter having come before the Court upon the parties' Stipulation For Extension of Time providing Use-Plaintiff with an extension of time until April 27, 2006 in which to file its response to Defendant's Motion To Stay Litigation Pending Arbitration dated April 7, 2006 (Docket 10). Having considered the relevant pleadings and being fully advised in the premises;

Proposed Order Granting Stipulation         *Spenard Builders Supply, Inc., ex rel v. St. Paul*
For Extension of Time                                       *Fire and Marine Insurance Company*
Page 1 of 2                                                               Case No. 3:05-cv-00287-RRB

      IT IS HEREBY ORDERED that the Stipulation For Extension of time dated April 24, 2006 is GRANTED. Use-Plaintiff shall have a three (3) day extension of time in which to respond to Defendant's Motion To Stay Litigation Pending Arbitration dated April 7, 2006 (Docket 10). Use-Plaintiff's response shall now be due on April 27, 2006.

      DATED this ____ day of April, 2006, at Anchorage, Alaska.

_____
Timothy M. Burgess
Judge of the U.S. District Court

**CERTIFICATE OF SERVICE**
I hereby certify that on April 24, 2006 a copy of the foregoing was served electronically on:

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorge, AK  99503
Email: fap@hbplaw.net

s/Grant E. Watts