Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657
E-mail: gwatts@hwb-law.com

Attorneys for Use-Plaintiff Spenard Builders Supply, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of SPENARD BUILDERS SUPPLY, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> ST. PAUL FIRE AND MARINE INSURANCE COMPANY and its Payment Bond No. TC6016, <br><br> Defendant. | Case No. 3:05-cv-00287-RRB <br><br> **PROPOSED ORDER DENYING DEFENDANT'S MOTION TO STAY LITIGATION PENDING ARBITRATION** |

This matter having come before the Court upon Defendant's Motion To Stay Litigation Pending Arbitration dated April 7, 2006 and having considered Use-Plaintiff Spenard Builders Supply, Inc.'s Opposition thereto and being fully advised in the premises;

Proposed Order Denying Defendant's Motion To
Stay Litigation Pending Arbitration
Page 1 of 2

*Spenard Builders Supply, Inc., ex rel v. St. Paul
Fire and Marine Insurance Company*
Case No. 3:05-cv-00287-RRB

IT IS HEREBY ORDERED that Defendant's Motion to Stay Litigation Pending Arbitration is DENIED.

DATED this ____ day of _____, 2006, at Anchorage, Alaska.

---------------------------------------------
Timothy M. Burgess
Judge of the U.S. District Court

I hereby certify that on April 26, 2006 a copy of the foregoing was served electronically on:

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorge, AK  99503
Email: fap@hbplaw.net

s/Grant E. Watts

Proposed Order Denying Defendant's Motion To
Stay Litigation Pending Arbitration
Page 2 of 2

*Spenard Builders Supply, Inc., ex rel v. St. Paul
Fire and Marine Insurance Company*
Case No. 3:05-cv-00287-RRB