Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657
E-mail:  gwatts@hwb-law.com

Attorneys for Use-Plaintiff Spenard Builders Supply, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of SPENARD BUILDERS SUPPLY, INC.,<br><br>    Use-Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY and its Payment Bond No. TC6016,<br><br>    Defendant. | Case No. 3:05-cv-00287-TMB<br><br>**REQUEST FOR ORAL ARGUMENT** |

  COMES NOW Use-Plaintiff Spenard Builders Supply, Inc. (hereinafter "SBS"), by and through its counsel of record, Holmes Weddle & Barcott, P.C., hereby requests oral argument on Defendant St. Paul Fire and Marine Insurance Company's Motion to Stay Litigation Pending Arbitration dated April 7, 2006.  A proposed order accompanies this request.

DATED this 8th day of May, 2006, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Use-Plaintiff
Spenard Builders Source, Inc.


By:   s/Grant E. Watts
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657
Email: gwatts@hwb-law.com
Alaska Bar No. 8609090


**CERTIFICATE OF SERVICE**
I hereby certify that on May 8, 2006 a copy of the foregoing was served electronically on:

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorge, AK  99503
Email: fap@hbplaw.net

s/Grant E. Watts