Grant E. Watts, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657
E-mail: gwatts@hwb-law.com

Attorneys for Use-Plaintiff Spenard Builders Supply, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of SPENARD BUILDERS SUPPLY, INC.,<br><br>                   Use-Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY and its Payment Bond No. TC6016,<br><br>                   Defendant. | Case No. 3:05-cv-00287-TMB<br><br>**PROPOSED ORDER GRANTING ORAL ARGUMENT** |

This matter having come before the Court upon Use-Plaintiff Spenard Buildings Supply, Inc.'s request for oral argument on Defendant St. Paul Fire and Marine Insurance Company's Motion to Stay Litigation Pending Arbitration dated April 7, 2006 (Docket 10). Having considered the relevant pleadings and being fully advised in the premises.

IT IS HEREBY ORDERED that oral argument will be heard on Defendant St. Paul Fire and Marine Insurance Company's Motion to Stay Litigation Pending Arbitration dated April 7, 2006 (Docket 10) on the _____ day of _____, 2006, at the hour of _____ o'clock, __.m., Courtroom _____, before the Honorable Timothy M. Burgess in the United States District Court, 222 W 7th Avenue, Anchorage, Alaska.

DATED this _____ day of May, 2006.

_____
Timothy M. Burgess
U.S. District Court Judge


**CERTIFICATE OF SERVICE**
I hereby certify that on May 8, 2006 a copy of the foregoing was served electronically on:

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorge, AK  99503
Email: fap@hbplaw.net

s/Grant E. Watts