Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendant
St. Paul Fire and Marine Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of SPENARD BUILDERS SUPPLY, INC.<br><br>                Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY and its Payment Bond No. TC6016,<br><br>                Defendant. | <br><br><br><br><br><br><br><br>3:05-cv-00287 TMB |

**FRCP 7.1 DISCLOSURE STATEMENT**

       Pursuant to Federal Rule of Civil Procedure 7.1 defendant St. Paul Fire and Marine Insurance Company hereby states that it is a wholly owned subsidiary of The St. Paul Travelers Companies, Inc., a corporation whose stock is traded on the NYSE.

*Spenard Builders Supply, Inc. v. St. Paul Fire and Marine Insurance Company*
Case No.: 3:05-cv-00287 TMB
FRCP 7.1 Disclosure Statement
(1187-3025/246499)

DATED at Anchorage, Alaska, this 10th day of May, 2006.

        HUGHES BAUMAN PFIFFNER
        GORSKI & SEEDORF, LLC
        Attorneys for Defendant
        St. Paul Fire and Marine Insurance Company

By:   s/Frank A. Pfiffner
       Frank A. Pfiffner
       3900 C Street, Suite 1001
       Anchorage, Alaska  99503
       Telephone:  (907) 274-7522
       Facsimile:  (907) 263-8320
       FAP@hbplaw.net
       ABA No. 7505032

<u>Certificate of Service</u>

    I hereby certify that on May 10, 2006, a copy of the FRCP 7.1 Disclosure Statement was served electronically on:

Grant E. Watts
Holmes Weddle & Barcott, PC
701 West 8th Avenue
Suite 700
Anchorage, AK  99501

<u>s/Frank A. Pfiffner</u>

*Spenard Builders Supply, Inc. v. St. Paul Fire and Marine Insurance Company*
Case No.: 3:05-cv-00287 TMB
FRCP 7.1 Disclosure Statement
(1187-3025/246499)