Grant E. Watts, Esq.
Holmes Weddle & Barcott, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, AK  99501-3408
Telephone: (907) 274-0666
Fax:  (907) 277-4657
Email:  gwatts@hwb-law.com
ABA No. 8609090

Attorneys for Use-Plaintiff Spenard Builders Supply, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of SPENARD BUILDERS SUPPLY, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> ST. PAUL FIRE AND MARINE INSURANCE COMPANY and its Payment Bond No. TC6016, <br><br> Defendant. | Case No. 3:05-cv-00287-TMB |

## **STATUS REPORT**

Pursuant to the Court's Order dated June 1, 2006, Plaintiff's counsel hereby provides the Court with a status report.

The parties are still in the process of contacting the proposed mediator, and establishing procedures for the arbitration, and establishing dates for arbitration and associated procedural deadlines.  Counsel for Plaintiff shall provide this Court with a

supplemental status report within the next 90 days as to the status of arbitration proceedings, unless arbitration proceedings have been completed prior to that date, in which case a supplemental status report will be provided to this Court within ten (10) days of the completion of arbitration proceedings.

DATED at Anchorage, Alaska, this 10th day of July, 2006.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Use-Plaintiff
Spenard Builders Supply, Inc.

By:   s/Grant E. Watts
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657
Email: gwatts@hwb-law.com
Alaska Bar No. 8609090

**Certificate of Service**

I hereby certify that on July 10, 2006 a copy of the foregoing was served electronically on:

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorge, AK  99503
Email: fap@hbplaw.net

s/Grant E. Watts