Grant E. Watts, Esq.
Holmes Weddle & Barcott, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, AK  99501-3408
Telephone: (907) 274-0666
Fax:  (907) 277-4657
Email:  gwatts@hwb-law.com
ABA No. 8609090

Attorneys for Use-Plaintiff Spenard Builders Supply, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of SPENARD BUILDERS SUPPLY, INC., <br><br> Use-Plaintiff, <br><br> vs. <br><br> ST. PAUL FIRE AND MARINE INSURANCE COMPANY and its Payment Bond No. TC6016, <br><br> Defendant. | Case No. 3:05-cv-00287-TMB |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated October 3, 2006, counsel for the parties hereby provide the Court with a joint status report.

The parties have recently submitted a request for Mark Bledsoe, Esq. to act as arbitrator for purposes of the arbitration proceeding.  Assuming Mr. Bledsoe agrees to act as arbitrator, counsel for the parties are optimistic  that the dates for procedural deadlines

associated with arbitration and a date for the arbitration will be scheduled in the near future. Counsel for the parties shall provide this Court with a supplemental joint status report within the next 90 days as to the status of arbitration proceedings, unless arbitration proceedings have been completed prior to that date, in which case a supplemental joint status report will be provided to this Court within ten (10) days of the completion of arbitration proceedings.

                                             HOLMES WEDDLE & BARCOTT, P.C.
                                             Attorneys for Use-Plaintiff
                                             Spenard Builders Supply, Inc.

Dated:    October 13, 2006         By:    s/ Grant E. Watts
                                             701 W. Eighth Avenue, Suite 700
                                           Anchorage, Alaska 99501-3408
                                           Phone: (907) 274-0666
                                           Fax: (907) 277-4657
                                           Email: gwatts@hwb-law.com
                                           Alaska Bar No. 8609090


                                             HUGHES BAUMAN PFIFFNER GORSKI &
                                             SEEDORF, LLC
                                             Attorneys for Defendant St. Paul Fire and
                                             Marine Insurance Company and Its Payment
                                             Bond No. TC6016

Dated:    October 13, 2006         By:    s/ Frank A. Pfiffner (consent)
                                             3900 C Street, Suite 1001
                                           Anchorage, Alaska 99503
                                           Phone: (907) 274-7522
                                           Fax: (907) 263-8320
                                           Email: fap@hbplaw.net
                                           Alaska Bar No. 7505032

**Certificate of Service**

I hereby certify that on October 13, 2006 a copy of the foregoing was served electronically on:

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503
Email: fap@hbplaw.net

s/Grant E. Watts