Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendant
St. Paul Fire and Marine Insurance Company and
its Payment bond No. TC6016

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of SPENARD BUILDERS SUPPLY, INC.<br><br>            Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY and its Payment Bond No. TC6016,<br><br>            Defendant. | 3:05-cv-00287 TMB |

## JOINT STATUS REPORT

        Pursuant to the court's order dated October 31, 2006, the parties have

conferred and hereby provide the court with a joint status report submitted by defendant's

Joint Status Report
*Spenard Builders Supply, Inc. v. St. Paul Fire and Marine Insurance Company*
3:05-cv-00287 TMB
(1187-3025/255242)

counsel. Spenard Builders Supply, Inc. and Strand Hunt Construction, Inc. have scheduled a binding arbitration before Attorney Mark Bledsoe as the arbitrator to resolve their dispute, which is also the subject of and/or which relates to SBS's Miller Act claim. The arbitration is scheduled for March 6-8, 2007, in Anchorage. After the arbitration concludes the arbitrator will have 30 days to decide the matter. Thus by approximately April 8, 2007, the parties expect an arbitration decision that will most likely resolve this case. The parties request that the court set a deadline of May 30, 2007, for a further status report or closing papers to be submitted to the court.

DATED at Anchorage, Alaska, this 16th day of January, 2007.

> HUGHES BAUMAN PFIFFNER
> GORSKI & SEEDORF, LLC
> Attorneys for Defendant St. Paul
> Fire and Marine Insurance Company
> and its Payment Bond No. TC 6016
>
>
> By:   s/ Frank A. Pfiffner
>       Frank A. Pfiffner
>       3900 C Street, Suite 1001
>       Anchorage, Alaska  99503
>       Telephone: 907-274-7522
>       Facsimile: 907-263-8320
>       FAP@hbplaw.net
>       ABA No. 7505032

DATED at Anchorage, Alaska, this 16th day of January, 2007.

Joint Status Report
*Spenard Builders Supply, Inc. v. St. Paul Fire and Marine Insurance Company*
3:05-cv-00287 TMB
(1187-3025/255242)

Page 2 of 3

                    HOLMES WEDDLE & BARCOTT, P.C.
                    Attorneys for Use-Plaintiff
                    Spenard Builders Supply, Inc.

By:   s/Grant E. Watts (consent)
       Grant E. Watts
       Holmes Weddle & Barcott, P.C.
       701 W. Eighth Avenue, Suite 700
       Anchorage, AK  99501-3408
       Telephone: (907) 274-0666
       Fax:  (907) 277-4657
       Email:  gwatts@hwb-law.com
       ABA No. 8609090

## Certificate of Service

I hereby certify that on January 16, 2007, a copy of the Joint Status Report was served electronically on:

Grant E. Watts
Holmes Weddle & Barcott, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, AK  99501-3408

s/Frank A. Pfiffner

Joint Status Report
*Spenard Builders Supply, Inc. v. St. Paul Fire and Marine Insurance Company*
3:05-cv-00287 TMB
(1187-3025/255242)