Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendant
St. Paul Fire and Marine Insurance Company and
its Payment bond No. TC6016

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of SPENARD BUILDERS SUPPLY, INC.<br><br>                        Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY and its Payment Bond No. TC6016,<br><br>                        Defendant. | 3:05-cv-00287 TMB |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Stipulation for Dismissal With Prejudice
*Spenard Builders Supply, Inc. v. St. Paul Fire and Marine Insurance Company*
3:05-cv-00287 TMB
(1187-3025/258459)

COME NOW the parties, by and through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure 41(a)(1), and stipulate and agree that the above-captioned case may be and hereby is dismissed with prejudice with each party to bear its own costs and attorneys' fees for the reason that the matter has been amicably resolved.

DATED at Anchorage, Alaska, this 26th day of April, 2007.

          HUGHES BAUMAN PFIFFNER
          GORSKI & SEEDORF, LLC
          Attorneys for Defendant St. Paul
          Fire and Marine Insurance Company
          and its Payment Bond No. TC 6016

By:   s/ Frank A. Pfiffner
       Frank A. Pfiffner
       3900 C Street, Suite 1001
       Anchorage, Alaska  99503
       Telephone: 907-274-7522
       Facsimile: 907-263-8320
       FAP@hbplaw.net
       ABA No. 7505032

Stipulation for Dismissal With Prejudice
*Spenard Builders Supply, Inc. v. St. Paul Fire and Marine Insurance Company*
3:05-cv-00287 TMB
(1187-3025/258459)

Page 2 of 3

DATED at Anchorage, Alaska, this 26th day of April, 2007.

        HOLMES WEDDLE & BARCOTT, P.C.
        Attorneys for Use-Plaintiff
        Spenard Builders Supply, Inc.

By: s/Grant E. Watts (consent)
     Grant E. Watts
     Holmes Weddle & Barcott, P.C.
     701 W. Eighth Avenue, Suite 700
     Anchorage, AK  99501-3408
     Telephone: (907) 274-0666
     Fax:  (907) 277-4657
     Email:  gwatts@hwb-law.com
     ABA No. 8609090

### Certificate of Service

I hereby certify that on April 26, 2007, a copy of the Stipulation for Dismissal with Prejudice was served electronically on:

Grant E. Watts
Holmes Weddle & Barcott, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, AK  99501-3408

s/Frank A. Pfiffner

Stipulation for Dismissal With Prejudice
*Spenard Builders Supply, Inc. v. St. Paul Fire and Marine Insurance Company*
3:05-cv-00287 TMB
(1187-3025/258459)